1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN M. RAY,

11          Petitioner,               No. CIV S-11-0018 DAD P

12      vs.

13   ATTORNEY GENERAL OF THE
     STATE OF CALIFORNIA,

14

15          Respondents.              <u>ORDER</u>
     _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.  In his application, petitioner challenges a judgment of conviction entered against him

19   in the Stanislaus County Superior Court.  Stanislaus County is part of the Fresno Division of the

20   United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25   /////

26   /////

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3          2.  This action is transferred to the United States District Court for the Eastern

4   District of California sitting in Fresno; and

5          3.  All future filings shall reference the new Fresno case number assigned and

6   shall be filed at:

7                     United States District Court
                      Eastern District of California
8                     2500 Tulare Street
                      Fresno, CA 93721
9

10  DATED: January 24, 2011.

11

12                                          _____

13                                          DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE
14

15  DAD:md
    ray0018.109
16

17

18

19

20

21

22

23

24

25

26